IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Deborah Duff, | ) | Civil Action No.: 4:12-cv-01317-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Dana K. Pennington, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 6, 2013, Plaintiff informed the court that Defendant Dana K. Pennington has filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of South Carolina, on February 4, 2013. *See* Notice of Bankruptcy Filing [ECF No. 22-1]. Therefore, it is

**ORDERED** that this case is **stayed** pursuant to 11 U.S.C. § 362 until further order of the court. The parties are directed to notify the court of the status of Defendant's bankruptcy petition, if not sooner, by November 7, 2013.

**IT IS SO ORDERED.**

                s/R. Bryan Harwell
                R. Bryan Harwell
                United States District Judge

May 8, 2013
Florence, South Carolina